Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−10776−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Susie Lorrenza Alston
aka Susie Lorrenza Alston−Brisbane
3 Delahaye Road
Lindenwold, NJ 08021

Social Security No.:
xxx−xx−9951

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/10/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 10, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                           Case No. 19-10776-ABA
Susie Lorrenza Alston                                                            Chapter 13
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                    Date Rcvd: Jul 10, 2019
                               Form ID: 148                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db             +Susie Lorrenza Alston,    3 Delahaye Road,    Lindenwold, NJ 08021-2917
518027556       1st Source Advantage,    PO Box 628,    Buffalo, NY 14240-0628
518027552       Cooper University Healthcare,    PO Box 9500-4345,    Philadelphia, PA 19195-4345
517966836      +Estate of Percy L. Alston,    Ocwen Loan Servicing, LLC,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
518027559       LCA Collectors,    PO Box 2240,    Burlington, NC 27216-2240
518294135      +Nelnet,    PO Box 2837,    Portland, OR 97208-2837
518294137      +Shacter Portnoy/HSBC Bank,    3490 U.S. Route 1, #Ste. 6,    Princeton, NJ 08540-5920
518294136      +Synchrony Bank/1st Source Advantage,    PO Box 628,    Buffalo, NY 14240-0628
518037489      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518074994      +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518028402      +U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEH,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
518027557      +US Dept. of Treasury (IRS),    PO Box 61770,    New Orleans, LA 70161-1770
518027555      +United Collections/Cach, LLC,    PO Box 1116,    Maumee, OH 43537-8116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2019 00:47:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2019 00:47:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518130692       EDI: RESURGENT.COM Jul 11 2019 04:18:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518027553       EDI: WFNNB.COM Jul 11 2019 04:18:00      Boscov Store,    PO Box 659622,
                 San Antonio, TX 78265-9622
518027560      +E-mail/Text: info@chcollects.com Jul 11 2019 00:48:18      C&H Collections,    PO Box 1399,
                 Merchantville, NJ 08109-0399
518130690       EDI: RESURGENT.COM Jul 11 2019 04:18:00      CACH, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
518294138      +EDI: RMSC.COM Jul 11 2019 04:18:00      Care Credit,    PO Box 960061,    Orlando, FL 32896-0061
518049016      +E-mail/Text: bankruptcy@cavps.com Jul 11 2019 00:47:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518027558       EDI: RMSC.COM Jul 11 2019 04:18:00      Credit Care,    PO Box 960061,    Orlando, FL 32896-0061
518027554       EDI: RCSFNBMARIN.COM Jul 11 2019 04:18:00      Credit One,    PO Box 60500,
                 City of Industry, CA 91716-0500
518053416       EDI: RESURGENT.COM Jul 11 2019 04:18:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517980994      +Fax: 407-737-5634 Jul 11 2019 01:01:34      Ocwen Loan Servicing, LLC,
                 1661 Worthington Rd., Suite 100,    West Palm Beach, FL 33409-6493
517969995      +EDI: RMSC.COM Jul 11 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517966837       EDI: TFSR.COM Jul 11 2019 04:18:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL  60197
                                                                                                 TOTAL: 14

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jul 10, 2019
                              Form ID: 148               Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
           XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sindi  Mncina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
           TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                          TOTAL: 8