

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor<br><br>Harold N. Kaplan (HK-0226) | Order Filed on July 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Susie Lorrenza Alston aka Susie Lorrenza Alston-Brisbane,**<br><br>    Debtor. | Case No.:    19-10776-ABA<br><br>Chapter:    13<br><br>Judge:    Andrew B. Altenburg Jr.. |

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: July 17, 2019**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N

Secured Creditor's Counsel: RAS CITRON, LLC

Property Involved ("Collateral"): 3 Delahaye Road, Lindenwold, NJ 08021

1. The Debtor is overdue for 06 payments from 02/01/2019 through 07/01/2019 at $1,130.59 per month.

    Funds Held In Suspense $0.00.

    Total Arrearages Due $6,783.54.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on 08/01/2019, regular monthly mortgage payments shall continue to be made in the amount of $1,130.59.

    ■ Beginning on 07/15/2019, monthly cure payments shall be made in the amount of $1,130.59 for 05 months. A 6th and final payment in the amount of $1,130.59 shall be made on or before 12/15/2019

    Payments to the Secured Creditor shall be made to the following address(es):

    ■Regular monthly payment:   PHH Mortgage Corporation
    PHH Mortgage Services
    P.O. Box 371458
    Pittsburgh, PA 15250-7458

    ■ Monthly cure payment:   PHH Mortgage Corporation
    PHH Mortgage Services
    P.O. Box 371458
    Pittsburgh, PA 15250-7458

4. In the event of Default:

    If the Debtor fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

5.  Award of Attorneys' Fees:

    ■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

    The fees and costs are payable:

    ■ Through the Chapter 13 plan.